IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------

ROBERT T. HOOK,

                         Plaintiff,

        -vs-

MICHAEL J. ASTRUE,

                      Defendant.

---------------------------------------------------

CASE NO. 1:09 CV 1982

ORDER ADOPTING THE REPORT
AND RECOMMENDATION,
REVERSING THE COMMISSIONER'S
DECISION, AND REMANDING FOR
FURTHER PROCEEDINGS

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      Plaintiff Robert T. Hook challenges the final decision of the Commissioner of

Social Security, denying his claim for disability insurance benefits under Title II of the

Social Security Act, 42 U.S.C. §§ 416(i), and for Supplemental Security Income under

Title XVI of the Social Security Act, 42 U.S.C. § 423 and 42 U.S.C. § 1381(a). (Doc.1).

This case was referred to United States Magistrate Judge Nancy A. Vecchiarelli for a

Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b). In her R&R,

Magistrate Judge Vecchiarelli finds that the administrative law judge erred in applying

the Medical-Vocational Guidelines and that his findings were unsupported by

substantial evidence. (Doc. 16). Accordingly, she recommends the Commissioner's

decision be reversed and the case remanded for further proceedings.

No party has objected to the Magistrate Judge's R&R.  (Doc. 17).  Any further review by this Court would be a duplicative and inefficient use of the Court's resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted.  The decision of the Commissioner is reversed and the case is remanded to the Social Security Administration for further proceedings consistent with the Report and Recommendation.


IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date:  27 July 2010

2